**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan VILLANUEVA–MACHADO,**
**Defendant–Appellant.**

No. 06–50460.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 26, 2008.*

Filed March 10, 2008.

Christopher A. Ott, Anna Lou T. Tirol, Roger W. Haines, Jr., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Timothy R. Garrison, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Juan Villanueva–Machado appeals from the ten-month sentence imposed following revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate the sentence and remand.

The record does not show that the district court considered the relevant factors contained in 18 U.S.C. § 3553(a) when sentencing Villanueva–Machado. *See United States v. Knows His Gun*, 438 F.3d 913, 918 (9th Cir.2006) (requiring a showing that the district court considered the statutorily-designated factors in imposing a sentence).

Because we vacate and remand on this ground, we need not address Villanueva–Machado's remaining contentions.

**VACATED and REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.